IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02560-BNB

JAIME RODRIGUEZ,

    Plaintiff,

v.

CORRECTIONAL FACILITY OFFICERS/EMPLOYEES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jaime Rodriguez, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the correctional facility in Limon, Colorado. Mr. Rodriguez, acting *pro se*, initiated this action by filing a Prisoner Complaint and an account statement. On September 27, 2012, Magistrate Judge Boyd N. Boland instructed Mr. Rodriguez to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint that is legible and lists all named defendants and their addresses in Section A. of the form.

On October 3 and 9, 2012, Mr. Rodriguez submitted Letters to the Court. The Letters are nonresponsive to the September 27, 2012 Order. As a result, Mr. Rodriguez now has failed to comply with the September 27 Order within the time allowed. Therefore, the Complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438

(1962).  If Mr. Rodriguez files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the September 27, 2012 Order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  2nd  day of     November          , 2012.

BY THE COURT:


   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court