IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02560-BNB

JAIME RODRIGUEZ,

Plaintiff,

v.

CORRECTIONAL FACILITY OFFICERS/EMPLOYEES,

Defendants.

_____

JUDGMENT

_____

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on November 2, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of November, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/  S. Grimm
         Deputy Clerk